No. 3536.—EL PUEBLO, apldo., *v.* QUINTANA REYES, aplte. C. D. San Juan.　　　　　　　Marzo 18, 1929.

POR CUANTO, una condena contra el apelante fué confirmada por esta Corte y dicha parte ha tratado de obtener una revisión mediante auto de error;

POR CUANTO, las cuestiones constitucionales presentadas en el señalamiento de error carecen de especificación suficiente para permitir a esta corte considerar *a contrario censu* si las cuestiones han sido debidamente suscitadas y son meritorias y no frívolas;

POR CUANTO, no aparece que alguna cuestión constitucional fué levantada previamente en la corte inferior o en este tribunal;

POR CUANTO, si entendemos el tercer señalamiento de error, el artículo 243 del Código Penal evidentemente no interfiere con la libertad de la prensa sino meramente impide el abuso de tal libertad;

POR CUANTO, aunque la libertad de la prensa no es mayor que la de los individuos, sin embargo, en ningún sentido el castigo por enviar una comunicación libelosa a la prensa es una interferencia contra la libertad de ésta:

Vistos entre otros casos la decisión en *El Pueblo* v. *Aboy,* 38 D.P.R. 360, la jurisprudencia allí citada y especialmente la decisión del Juez Franco Soto de agosto 13, 1923, en el caso de *El Pueblo* v. *Juan de Gracia,* se declara sin lugar la solicitud para auto de error o apelación solicitada.